# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

_____
Rosemary Clark and Patrick DeAngelis,    :

      Plaintiff,    :    Hon. Joseph H. Rodriguez

      v.    :    Civil Action No. 10-6725

Bally's Park Place. Inc., et. al.,    :    **Order**

      Defendants.    :
_____

This matter having come before the Court on Plaintiff Patrick DeAngelis' Motion for Class Certification [Dkt. No. 48] pursuant to Fed. R. Civ. P. 23; and the Court having considered the written submissions of the parties, including the supplemental briefing, and the Court having considered the arguments presented at the hearing on this motion on May 2, 2013; and for the reasons expressed on the record that day, as well as those set forth in the Court's opinion of even date,

IT IS on this 12th day of March, 2014, hereby

ORDERED that Plaintiff Patrick DeAngelis' Motion for Class Certification [Dkt. No. 48] pursuant to Fed. R. Civ. P. 23 is GRANTED.

                                    s/ Joseph H. Rodriguez
                                    Hon Joseph H. Rodriguez,
                                    UNITED STATES DISTRICT JUDGE